Robert M. BOYCE, Plaintiff-Appellant,

v.

MERCHANTS FIRE INSURANCE COM-
PANY, Defendant-Appellee.

No. 65, Docket 27615.

United States Court of Appeals
Second Circuit.

Argued Oct. 24, 1962.

Decided Oct. 25, 1962.

Robert E. Cohn, Hartford, Conn.
(Shulansky & Cohn, Hartford, Conn.,
on the brief), for plaintiff-appellant.

Bruce W. Manternach, Hartford,
Conn. (Colin C. Tait and Robinson, Rob-
inson & Cole, Hartford, Conn., on the
brief), for defendant-appellee.

Before LUMBARD, Chief Judge,
and MOORE and HAYS, Circuit Judges.

PER CURIAM.

We affirm for the reasons set forth in
the careful and reasoned opinion of
Judge Anderson reported at 204 F.Supp.
311 (D. of Conn.1962).

DAN KASOFF, INC., Plaintiff-Appellee,

v.

GRESCO JEWELRY CO., Inc., Defendant-
Appellant.

No. 63, Docket 27579.

United States Court of Appeals
Second Circuit.

Argued Oct. 24, 1962.

Decided Oct. 25, 1962.

Charles Sonnenreich, New York City,
for plaintiff-appellee.

I. Walton Bader, New York City (Ed-
mund M. Squire, New York City, on the
brief), for defendant-appellant.

Before LUMBARD, Chief Judge, and
MOORE and HAYS, Circuit Judges.

PER CURIAM.

We affirm in all respects the summary
judgment of the United States District
Court for the Southern District of New
York in favor of the plaintiff and award-
ing it $1,500 statutory damages and
$1,250 attorney's fees in an action for in-
fringement of its copyright, for the rea-
sons stated in Judge Bonsal's opinion,
204 F.Supp. 694.

NATIONAL LABOR RELATIONS
BOARD

v.

INTERNATIONAL HOD CARRIERS'
BUILDING AND COMMON LABOR-
ERS' UNION OF AMERICA, Local 840,
AFL–CIO.

No. 17127.

United States Court of Appeals
Eighth Circuit.

Oct. 3, 1962.

Marcel Mallet-Prevost, Asst. Gen.
Counsel, N. L. R. B., for petitioner.

Harold Gruenberg, St. Louis. Mo., for
respondent.

PER CURIAM.

Petition for enforcement of order of
National Labor Relations Board with-
drawn without prejudice on motion of
petitioner, etc.